## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: DERRICK M. HOSANG | § | Case No. 05-73337 |
| FAITH M. HOSANG | § | |
| | § | |
| Debtors | § | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 07/01/2005 .

2)  The plan was confirmed on 01/27/2006 .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 03/14/2007, 10/28/2008, 11/02/2009.

5)  The case was completed on 08/06/2009 .

6)  Number of months from filing or conversion to last payment: 49 .

7)  Number of months case was pending: 58 .

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: $83,343.00 .

10) Amount of unsecured claims discharged without full payment: $71,409.66 .

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 54,534.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 54,534.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,600.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 3,568.56 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,168.56 |

Attorney fees paid and disclosed by debtor:        $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY SCOTT A BENTLEY | Lgl | 2,200.00 | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Sec | 2,500.00 | 2,500.00 | 2,258.31 | 2,258.31 | 0.00 |
| AMERICAN GENERAL FINANCE | Uns | 2,885.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREAT BANK ALGONQUIN | Sec | 2,100.00 | 6,596.80 | 6,596.80 | 6,596.80 | 2,169.97 |
| GREAT BANK ALGONQUIN | Uns | 4,464.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS BANK/CONSUMER LOAN | Sec | 18,912.00 | 12,285.00 | 12,285.00 | 12,285.00 | 1,303.86 |
| HARRIS BANK/CONSUMER LOAN | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS BANK/CONSUMER LOAN | Sec | 11,510.27 | 10,125.00 | 10,125.00 | 10,125.00 | 1,542.85 |
| HARRIS BANK/CONSUMER LOAN | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPTION ONE MORTGAGE | Sec | 21,364.59 | 20,450.81 | 5,840.05 | 5,840.05 | 0.00 |
| ALEXIAN BROTHER MEDICAL | Uns | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 511.99 | 551.18 | 551.18 | 44.28 | 0.00 |
| AT&T | Uns | 632.50 | 632.50 | 0.00 | 0.00 | 0.00 |
| AT&T | Uns | 22.12 | 22.12 | 0.00 | 0.00 | 0.00 |
| AT&T | Uns | 32.61 | 32.61 | 0.00 | 0.00 | 0.00 |
| BAPTIST HOSPITAL OF MIAMI | Uns | 465.93 | 465.93 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL RETAIL | Sec | 3,436.28 | 750.00 | 750.00 | 750.00 | 0.00 |
| WELLS FARGO FINANCIAL RETAIL | Uns | 0.00 | 2,695.88 | 2,695.88 | 216.54 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRYLANE HOME | Uns | 632.91 | 632.91 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,525.48 | 3,525.48 | 3,525.48 | 283.18 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 641.87 | 717.65 | 717.65 | 57.64 | 0.00 |
| LVNV FUNDING LLC | Uns | 788.95 | 833.65 | 833.65 | 66.96 | 0.00 |
| CITI CARDS | Uns | 511.99 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICAN CREDIT | Uns | 17,813.60 | 17,254.12 | 17,254.12 | 1,385.92 | 0.00 |
| DELL | Uns | 2,649.66 | 2,649.66 | 0.00 | 0.00 | 0.00 |
| DELL | Uns | 1,555.35 | 1,555.35 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 4,090.31 | 4,409.10 | 4,409.10 | 354.16 | 0.00 |
| ECAST SETTLEMENT | Uns | 5,815.97 | 6,205.36 | 6,205.36 | 498.44 | 0.00 |
| DRS. KANE, MISAWA & SPEISS | Uns | 147.10 | 147.10 | 0.00 | 0.00 | 0.00 |
| EASY HOME COOKING | Uns | 11.95 | 11.95 | 0.00 | 0.00 | 0.00 |
| ELK GROVE LAB PHYSICIANS | Uns | 286.00 | 286.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED COMMUNICATION | Uns | 72.75 | 73.84 | 73.84 | 5.93 | 0.00 |
| EXPRESS SCRIPTS | Uns | 228.41 | 228.41 | 0.00 | 0.00 | 0.00 |
| GRANDMA'S KITCHEN | Uns | 32.44 | 32.44 | 0.00 | 0.00 | 0.00 |
| GUNTHY - RENKER | Uns | 45.90 | 45.90 | 0.00 | 0.00 | 0.00 |
| HEALTHY & HEARTY DIABETIC | Uns | 29.42 | 29.42 | 0.00 | 0.00 | 0.00 |
| J.C. PENNEY | Uns | 2,627.84 | 2,627.84 | 0.00 | 0.00 | 0.00 |
| KOHLS | Uns | 706.31 | 706.31 | 0.00 | 0.00 | 0.00 |
| LANE BRYANT | Uns | 455.40 | 455.40 | 0.00 | 0.00 | 0.00 |
| MASON DIRECT | Uns | 254.45 | 254.45 | 0.00 | 0.00 | 0.00 |
| MASSEYS | Uns | 393.80 | 393.80 | 0.00 | 0.00 | 0.00 |
| MAYO CLINIC ROCHESTER BR | Uns | 563.21 | 713.21 | 713.21 | 57.29 | 0.00 |
| MCI RESIDENTIAL SERVICE | Uns | 355.08 | 355.08 | 0.00 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Uns | 559.91 | 559.91 | 0.00 | 0.00 | 0.00 |
| NEOPATH | Uns | 109.00 | 109.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST NEUROLOGY, LTD. | Uns | 113.22 | 113.22 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 97.94 | 97.94 | 0.00 | 0.00 | 0.00 |
| PHYSICIANS ANESTHESIA ASSOC. | Uns | 2,600.00 | 2,600.00 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 54.45 | 54.45 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 81.70 | 81.70 | 0.00 | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 38.40 | 38.40 | 0.00 | 0.00 | 0.00 |
| RADIOLOGY ASSOCIATES | Uns | 43.00 | 43.00 | 0.00 | 0.00 | 0.00 |
| RADIOLOGY IMAGING | Uns | 764.00 | 764.00 | 0.00 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROAMAN'S | Uns | 385.10 | 385.10 | 0.00 | 0.00 | 0.00 |
| ROOMS TO GO | Uns | 1,508.33 | 1,508.33 | 0.00 | 0.00 | 0.00 |
| SEARS | Uns | 1,024.15 | 1,024.15 | 0.00 | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Uns | 2,345.19 | 6,533.35 | 6,533.35 | 524.78 | 0.00 |
| ST. ALEXIUS MEDICAL CENTER | Uns | 295.94 | 295.94 | 0.00 | 0.00 | 0.00 |
| SUBURBAN ENDOCRINOLOGY & | Uns | 78.24 | 78.24 | 78.24 | 6.28 | 0.00 |
| SUBURBAN LUNG ASSOCIATES | Uns | 13.96 | 13.96 | 0.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 367.64 | 367.64 | 367.64 | 29.53 | 0.00 |
| ULTRA CARE, INC. | Uns | 166.62 | 166.62 | 0.00 | 0.00 | 0.00 |
| UNICORN FINANCIAL | Uns | 3,833.67 | 3,833.67 | 0.00 | 0.00 | 0.00 |
| WEISZ, MICHLING HOFMANN | Uns | 1,950.00 | 5,760.00 | 5,760.00 | 462.67 | 0.00 |
| WESTBROOK INTERNAL | Uns | 918.00 | 918.00 | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Sec | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| DELL FINANCIAL SERVICES | Sec | 500.00 | 500.00 | 500.00 | 500.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 5,840.05 | $ 5,840.05 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 33,515.11 | $ 33,515.11 | $ 5,016.68 |
| **TOTAL SECURED:** | $ 39,355.16 | $ 39,355.16 | $ 5,016.68 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 49,718.70 | $ 3,993.60 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,168.56 |
| Disbursements to Creditors | $ 48,365.44 |
| **TOTAL DISBURSEMENTS:** | $ 54,534.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/20/2010                    By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**